UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 00-60325
_____

RONALD ESTELLE,

Petitioner-Appellant,

VERSUS

ROBERT L. JOHNSON
COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS

Respondent-Appellee.

_____

Appeal from the United States District Court for the Southern
District of Mississippi, Southern Division
1:96-CV-159-GG
_____
January 11, 2002

Before KING, Chief Judge, and HIGGINBOTHAM and DAVIS, Circuit

Judges.

PER CURIAM:[1]

After a thorough review of the record and the briefs of the

parties, we agree with the district court that this 28 U.S.C. §

2254 habeas corpus petition is procedurally barred by MISS. CODE ANN.

§ 99-39-5(2).  The district court judgment dismissing this petition

is therefore

_____

[1] Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

**AFFIRMED.**